## 17900.  ROGERS *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of arson, and his motion for a new trial contained the usual general grounds only. The testimony of his accomplice was corroborated by other evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Arson; from White superior court—Judge J. B. Jones. December 25, 1926.

*W. N. Oliver,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.

---

Arson, 5 C. J. p. 583, n. 51.
Criminal Law, 16 C. J. p. 1217, n. 44, 45.